# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:24-CR-00051(1)-ADA |
| | § | |
| (1) DONTRELL RAMON THOMAS-MCCRANEY | § | |

## ORDER OF REFERRAL

The court refers this case to the Unites States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

IT IS SO ORDERED this 22nd day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE