UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:24-CR-00051(1)-ADA |
| § | |
| (1) DONTRELL RAMON § | |
| THOMAS-MCCRANEY | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, (1) DONTRELL RAMON THOMAS-MCCRANEY, the Defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

**SIGNED 7th day of May, 2024 .**

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
ASSISTANT U.S. ATTORNEY