UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:24-CR-00051(1)-ADA |
| | § | |
| (1) DONTRELL RAMON THOMAS-MCCRANEY | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 7, 2024, wherein the defendant (1) DONTRELL RAMON THOMAS-MCCRANEY waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DONTRELL RAMON THOMAS-MCCRANEY to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) DONTRELL RAMON THOMAS-MCCRANEY's plea of guilty to Count One (1) is accepted.

Signed this 21st day of May, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE